MUSE MATHENY LLP
John R. Matheny (SBN 149532)
9440 Santa Monica Blvd., Suite 515
Beverly Hills, CA 90210
Telephone: (310) 205-3981
Facsimile: (310 205-0594
Attorneys for Plaintiff
JENNIFER L. GEORGE

GREENBERG TRAURIG LLP
Ian C. Ballon (SBN 141819)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-6575
Facsimile: (310) 586-0575
Attorneys for Defendant
FRESNO FAMOUS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. GEORGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TODD WOLFE, an individual d.b.a. THE HAUNTED WOLFE MANOR LIVE; SCOTT GRUENWALD, an individual d.b.a. THE HAUNTED WOLFE MANOR LIVE, FRESNO MAGAZINE, a business entity, form unknown; FRESNO FAMOUS, a business entity, form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:09-cv-00189-OWW-DLB<br><br>[Assigned to the Honorable Judge Oliver W. Wanger; Magistrate Judge Dennis L. Beck]<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT FRESNO FAMOUS**<br><br>Date Action Filed: January 27, 2009 |

**STIPULATION**

Plaintiff Jennifer L. George ("Plaintiff") and defendant Fresno Famous ("Fresno Famous"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Charles Magill and the Law Firm of Magill Guzman Magill ("Magill"), counsel for defendant Fresno Magazine, inadvertently identified Fresno Famous as also being one of the clients they represent in the Answer filed on March 20, 2009; and

WHEREAS Fresno Famous is not represented by Magill; and

WHEREAS Magill, on May 5, 2009, filed an Amended Answer omitting Fresno Famous as a party which Magill represents; and

WHEREAS Plaintiff sought unsuccessfully to dismiss her Complaint against Fresno Famous, which in fact has never been served on Fresno Famous;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

Plaintiff hereby voluntarily dismisses her claims against Fresno Famous without prejudice.

The parties request that this stipulation be entered as a court order.

AGREED TO BY:

Dated: May _____, 2009     MUSE MATHENY
                            John R. Matheny


                            By _____
                                 John R. Matheny
                            Attorneys for Plaintiff JENNIFER L. GEORGE

Dated: May _____, 2009     GREENBERG TRAURIG, LLP
                            Ian C. Ballon


                            By _____
                                 Ian C. Ballon
                            Attorneys for Defendant FRESNO FAMOUS

## ORDER

**IT IS SO ORDERED:**

Dated:  6/1/2009                                /s/ OLIVER W. WANGER
                                                               Hon. Judge Oliver W. Wanger