# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. GEORGE, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD WOLFE, an individual d.b.a. THE HAUNTED WOLFE MANOR LIVE; SCOTT GRUENWALD, an individual d.b.a. THE HAUNTED WOLFE MANOR LIVE, FRESNO MAGAZINE, a business, entity, form unknown, FRESNO FAMOUS, a business entity, form unknown, and DOES 1 to 10, inclusive,<br><br>    Defendants. | 1:09-cv-0189 OWW DLB<br><br>ORDER TO SHOW CAUSE RE NON-APPEARANCE AT SCHEDULING CONFERENCE |

TO DEFENDANT CACTUS MEDIA GROUP, INC., DBA FRESNO MAGAZINE AND ITS ATTORNEY CHARLES McGILL:

Defendant and its attorney shall show cause, if any they have, on August 24, 2009, in Courtroom 3 of the above-captioned Court at 2500 Tulare Street, Fresno, California, why they did not participate in and failed to appear for the scheduling conference

///

///

1

held in this case on July 8, 2009.

IT IS SO ORDERED.

Dated:   **July 8, 2009**                                  **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE