1  JOHN R. MATHENY (SBN 149532)
   MUSE • MATHENY
2  9595 Wilshire Blvd., Suite 900
   Beverly Hills, California 90212
3  Telephone:(310) 205-3981
   Facsimile :(310) 205-0594
4  johnrmatheny@gmail.com

5  Attorneys for Plaintiff, JENNIFER L. GEORGE

**FILED**

APR 2 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

9            UNITED STATED DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA

12  JENNIFER L. GEORGE, an individual,  | CASE NO.: 1:09-CV-00189-OWW-DLB
13          Plaintiff,                  | [Assigned to the Hon. Oliver W. Wanger;
                                        |  Magistrate Judge Hon. Dennis L. Beck]
14     vs.
15  TODD WOLFE, an individual d.b.a.,   | **STIPULATION FOR DISMISSAL OF**
    THE HAUNTED WOLFE MANOR             | **ACTION**
16  LIVE; SCOTT GRUENWALD, an
    individual d.b.a., THE HAUNTED
17  WOLFE MANOR LIVE, FRESNO
    MAGAZINE, a business entity, form
18  unknown, FRESNO FAMOUS, a
    business entity, form unknown, and
19  DOES 1 to 10, inclusive,
20          Defendants.

22      IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

23  Procedure, Rule 41(a)(1), by and between the parties to this action through their designated

24  counsel as follows:

25      1. The above-captioned action is not a class action, a receiver has not been appointed,

26  and the action is not governed by any statute of the United States that requires an order of the

27  court for dismissal.

28  ///

---
1
STIPULATION FOR DISMISSAL OF ACTION

1  2. The above-captioned action be and hereby is dismissed with prejudice.

2  3. Each party shall bear that party's own attorney's fees and costs.

3  Dated: March / 5, 2010              MUSE MATHENY

4                                     By_____
                                        JOHN R. MATHENY
5                                     Attorneys for Plaintiff Jennifer George

6  Dated: March___, 2010              MAGILL, GUZMAN MAGILL ATTORNEYS

7                                     By_____
                                        CHARLES F. MAGILL
8                                     Attorneys for Defendant Cactus Media Group,
                                      Inc., d.b.a. Fresno Magazine
9

10 Dated: March / 5, 2010              THE REICH LAW FIRM

11                                    By_____
                                        JEFF REICH
12                                    Attorneys for Defendants Todd Wolfe and Scott
                                      Gruenberg

2
STIPULATION FOR DISMISSAL OF ACTION

2. The above-captioned action be and hereby is dismissed with prejudice.

3. Each party shall bear that party's own attorney's fees and costs.

Dated: March____, 2010          MUSE MATHENY

                                By_____
                                    JOHN R. MATHENY
                                Attorneys for Plaintiff Jennifer George

Dated: March 19, 2010           MAGILL, GUZMAN MAGILL ATTORNEYS

                                By_____
                                    CHARLES F. MAGILL
                                Attorneys for Defendant Cactus Media Group,
                                Inc., d.b.a. Fresno Magazine

Dated: March____, 2010          THE REICH LAW FIRM

                                By_____
                                    JEFF REICH
                                Attorneys for Defendants Todd Wolfe and Scott
                                Gruenberg

It is so Ordered. Dated: 4-28-10

_____
United States District Judge

2
STIPULATION FOR DISMISSAL OF ACTION